# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GLORIA PURDUE**
**Special Administrator of the Estate of James Ray**     **PLAINTIFF**

v.     No. 3:20-cv-420-DPM

**KERRI LOVE**     **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 2 September 2021 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2021